UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

226 EAST PARKDALE AVENUE
HOLDINGS, LLC,

      Plaintiff,                             Case No. 1:10-cv-1212

v.                                                 HON. JANET T. NEFF

LANDMARK VENTURE
PROPERTIES, LLC et al.,

      Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 42) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 5, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Entry of Default Judgment (Dkt 36) is **GRANTED** for the reasons stated in the Report and Recommendation. A Judgment will be entered.

**IT IS FURTHER ORDERED** that plaintiff shall be awarded attorney's fees against all defendants, jointly and severally, in the amount of $33,015.00, plus $1,851.55 in costs, for the reasons stated in the Report and Recommendation.

Dated: July 26, 2011                                    /s/Janet T. Neff
                                                                  JANET T. NEFF
                                                                    UNITED STATES DISTRICT JUDGE